JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| Montage Financial Group, et al., | ) | SACV 07-679-JVS(ANx) |
| | ) | ORDER OF DISMISSAL UPON |
| Plaintiff, | ) | SETTLEMENT OF CASE |
| v. | ) | |
| Settlement Solutions, et al., | ) | |
| Defendant(s). | ) | |
| _____ | ) | |

    The Court having been advised by the counsel for the parties that the above-entitled action has been settled,

    IT IS ORDERED that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause being shown <u>within 30 days</u>, to reopen the action if settlement is not consummated.

DATED: February 27, 2009

                                                      _____
                                                         James V. Selna
                                                    United States District Judge